221 So.2d 521

**Dunice P. BRASSEAUX**

v.

**Ray J. GIROUARD.**

No. 49785.

May 5, 1969.

Writ denied. There is no abuse of discretion in the ruling of the trial court.

■

221 So.2d 521

**Robert G. AUCOIN**

v.

**FIDELITY GENERAL INSURANCE COMPANY.**

**HARTFORD ACCIDENT AND INDEMNITY CO.**

v.

**Melvin ELLIOTT and Fidelity General Insurance Company.**

No. 49797.

May 5, 1969.

In re: Fidelity General Insurance Company and Melvin Elliott applying for certiorari, or writ of review, to the Court of

Appeal, Third Circuit, Parish of Calcasieu. 219 So.2d 532; 219 So.2d 537.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.